# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 14-60741
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

December 10, 2015

Lyle W. Cayce
Clerk

SANDRA MARIXA AGUILAR,

Petitioner

v.

LORETTA LYNCH, U. S. ATTORNEY GENERAL,

Respondent

Petition for Review of an Order of the
Board of Immigration Appeals
BIA No. A206 181 484

Before REAVLEY, SMITH, and HAYNES, Circuit Judges.

PER CURIAM:[*]

Sandra Marixa Aguilar, a native and citizen of El Salvador, petitions this court for review of the decision of the Board of Immigration Appeals dismissing as untimely her appeal of the Immigration Judge's decision denying her request for asylum.

An alien who seeks review of a final order of removal must file a petition with this court "not later than 30 days after the date of the final order of

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

removal." 8 U.S.C. § 1252(b)(1); *see* 28 U.S.C. § 1631. "This deadline is jurisdictional." *Navarro-Miranda v. Ashcroft*, 330 F.3d 672, 676 (5th Cir. 2003). Because Aguilar's petition for review was not filed within this time frame, it is DISMISSED for want of jurisdiction.